**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES J. ARMSTRONG and NANCY L. ARMSTRONG,**

            **Plaintiffs,**

**-vs-**                                            **Case No. 6:06-cv-38-Orl-22KRS**

**COLONIAL BANK, N.A.,**

            **Defendant.**
_____/

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. The Magistrate Judge's May 14, 2007 Report and Recommendation (R&R) (Doc. 40) is APPROVED AND ADOPTED.

2. Plaintiffs' Written Objections (Doc. 41) to the R&R are OVERRU.LED.

3. Defendant's Amended Renewed Motion for Sanctions Pursuant to Florida Statute § 57.105 (Doc. 36), filed on December 1, 2006, is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED insofar as it seeks a determination that Defendant is entitled to an award of attorney's fees under Fla. Stat. § 57.105. The Motion is DENIED, WITHOUT PREJUDICE, as to the amount of fees to be assessed.

4. Defendant's Renewed Motion for an Assessment of Attorney['s] Fees Pursuant to Florida Statute § 57.105 (Doc. 42), filed on May 24, 2007, is hereby REFERRED to the Magistrate Judge for a determination concerning the amount of fees to be assessed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 18, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge