**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES J. ARMSTRONG and NANCY L. ARMSTRONG,**

                **Plaintiffs,**

**-vs-**                                        **Case No. 6:06-cv-38-Orl-22KRS**

**COLONIAL BANK, N.A.,**

                **Defendant.**
_____/

**ORDER**

This cause is before the Court on Colonial Bank, N.A.'s Renewed Motion for an Assessment of Attorney Fees Pursuant to Florida Statute §57.105 (Doc. No. 42) filed on May 24, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed November 28, 2007 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Colonial Bank, N.A.'s Renewed Motion for an Assessment of Attorney Fees Pursuant to Florida Statute §57.105 (Doc. No. 42) is **GRANTED**.

   3. James J. Armstrong and Nancy L. Armstrong shall pay to Colonial Bank

**$13,975.50** in reasonable attorneys' fees pursuant to §57.105, Florida Statutes.

 **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 19, 2007.

*[signature]*

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
James J. Armstrong and Nancy L. Armstrong, *pro se*
Counsel of Record